No. 82–1608. SOUTH-CENTRAL TIMBER DEVELOPMENT, INC. v. LERESCHE, COMMISSIONER, DEPARTMENT OF NATURAL RESOURCES OF ALASKA, ET AL. C. A. 9th Cir. [Certiorari

granted, *ante*, p. 890.] Motion of Pacific Rim Trade Association et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.